**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: BNisenbaum@gmail.com

**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Wells Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
ARDELL JOHNSON, Chief Deputy City Attorney (95340)
KATHRYN J. ZOGLIN, Senior Deputy City Attorney (121187)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants CITY OF SAN JOSE
and ALEXANDRE VIEIRA-RIBEIRO

---

Martin v. San Jose, et al.
Case No. 3:19-cv-01227-EMC                -1-                Stipulation to Dismiss

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY MARTIN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, et al.<br><br>    Defendants. | CASE NO.: 3:19-cv-01227-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS CASE** |

    The relevant parties, by and through their respective attorneys of record, hereby stipulate and jointly request an Order from the Court dismiss the entire action, against all Defendants, with prejudice. Each party agrees to bear its own fees and costs as to this dismissal.

    The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

|   |   |
|---|---|
|   | POINTER & BUELNA, LLP |
| Date: August 31, 2021 | By:  */s/ Patrick M. Buelna*<br>Patrick Buelna<br>Attorney for Plaintiff |
|   | RICHARD DOYLE, City Attorney |
| Date: August 31, 2021 | By: */s/ Ardell Johnson* (Auth. Aug, 31, 2021)<br>Ardell Johnson<br>Attorney for Defendants |

/
/
/

**ORDER**

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action, with prejudice, as to all claims alleged by Plaintiff. Each party to bear its own fees and costs as to this dismissal. All further dates and deadline set in this matter are vacated.

IT IS SO ORDERED

DATED: August 31, 2021         By: _____
                                   Hon. Edward M. Chen
                                   District Judge